IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LILLIAN GRAHAM,** | : | |
|     **Plaintiff,** | : | |
| | : | |
| vs. | : | **CIVIL ACTION NO. 23-CV-4294** |
| | : | |
| **FEMA,** *et al.*, | : | |
|     **Defendants.** | : | |

## ORDER

**AND NOW**, this 9th day of January, 2026, upon consideration of Plaintiff Lillian Graham's document titled "Jury Trial Demanded," which the Court construes as her Amended Complaint (ECF No. 30), it is **ORDERED** that:

1. The Amended Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

/s/ John Milton Younge

**JOHN MILTON YOUNGE, J.**